**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA ALCOCER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>LQ MANAGEMENT, LLC, a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 8:21-CV-01257 DOC (KESx)<br><br>**ORDER GRANTING PLAINTIFF AND DEFENDANT'S STIPULATION TO ARBITRATE [14]**<br><br>Complaint Filed: June 3, 2021<br>Trial Date: None<br>District Judge: Hon. David O. Carter<br>  Courtroom 9D, Santa Ana<br>Magistrate Judge: Hon. Karen E. Scott<br>  Courtroom 6D, Santa Ana |

The Court having reviewed Plaintiff Sylvia Alcocer and Defendant LQ Management, LLC's Stipulation to Arbitrate, and good cause appearing therefore:

IT IS HEREBY ORDERED:

1. The above-entitled action shall be submitted to binding and final arbitration pursuant to and in accordance with the terms of the arbitration agreement and the terms specified in the Stipulation to Arbitrate;

2. The Parties have agreed that the Action shall be submitted for arbitration to Judicial Arbitration and Mediation Services ("JAMS");

3. The arbitration filing fee, hearing fees, arbitrator's fees, and all other associated arbitration fees shall be borne by Defendant;

4. Discovery shall be pursuant to the Federal Rules of Civil Procedure except that discovery disputes to be handled more expeditiously in accordance with procedures set forth by the Arbitrator in the initial Scheduling Conference;

5. The Court will retain jurisdiction to enforce the terms of this Stipulation or to aid the arbitration so ordered, and to vacate, confirm or modify any award entered in the arbitration proceedings so ordered.

**IT IS SO ORDERED.**

DATED: September 9, 2021

_____
Honorable David O. Carter
UNITED STATES DISTRICT JUDGE